UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and<br>as Parent and Next Friend of<br>RODNEY HEALY, Her Minor Child,<br>1 Westgate Drive, #2<br>Dover, NH 03820,<br><br>     Plaintiffs,<br><br>     v.<br><br>HUGH STUART WILLIAMSON,<br>11700 Beltsville Drive, Ste. 200<br>Calvert, MD 20750,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:_____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1. Defendant Hugh Stuart Williams is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.05-4602, entitled <u>Clare Healy v. Hugh Stuart Williamson</u>.

2. The above-entitled action was filed on June 16, 2005, in the D.C. Superior Court. Neither the United States Attorney's Office for the District of Columbia nor the Attorney General has been properly served pursuant to Fed. R. Civ. P. 4(i). A copy of the Summons and Complaint are attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 2679(d)(1), a certification of the scope of employment is concurrently filed with this Notice of Removal and, therefore, effecting the substitution of the

United States as the sole federal defendant in this action as to any common law claims Plaintiffs may be seeking against Defendant Hugh Stuart Williamson.  See Exhibit B.

4.  Plaintiffs allege that on or about June 17, 2002, Defendant Williamson "struck the rear of the vehicle occupied by Plaintiffs."  Complaint at ¶ 4.

5.  This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2).

Respectfully submitted,

/Kenneth R. Wainstein/ dwh
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0406
john.truong@usdoj.gov

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

CLARE HEALY, Individually
And as Parent and Next Friend of
RODNEY HEALY, Her minor child
*Plaintiff*

vs.

HUGH STUART WILLIAMSON

*Defendant*

Civil Action No. 20005 CA 004602 B
Judge Kravitz
Next Event: Initial Conference
Friday, 9/16/2005, 9:30 a.m.

### ALIAS SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jay S. Marks, Bar No. 486005
Name of Plaintiff's Attorney

1400 Spring Street, Suite 410
Address
Silver Spring, Maryland 20910

301-495-4300
Telephone

Clerk of the Court

By _____

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

GOVERNMENT EXHIBIT A

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

CLARE HEALY, Individually            *
And as Parent and Next Friend of     *
RODNEY HEALY, Her Minor Child        *
1 Westgate Drive, #2                 *
Dover, New Hampshire 03820           *
                                     *    05-0004602
                                     *
    Plaintiffs,                      *

v.                                   *

HUGH STUART WILLIAMSON               *
11700 Beltsville Drive               *
Suite 200                            *
Calvert, Maryland 20705              *
                                     *
    Defendant.                       *
                                     *



## COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW CLARE HEALY, individually and as parent and next friend of RODNEY HEALY, her minor child, and sue the Defendant, HUGH STUART WILLIAMSON, for reasons state as follows:

### FACTS COMMON TO ALL COUNTS

1. All events complained of herein occurred on or about June 17, 2002 at or near the intersection of New York Avenue, NE, and First Street, NE, Washington, DC.

2. At that time and place, Defendant Williamson was operating a motor vehicle behind the vehicle occupied by the Plaintiffs.

3. At that time and place, the vehicle occupied by Plaintiffs came to a stop for a red light.

4. At that time and place, the vehicle operated by Defendant Williamson struck the rear of the vehicle occupied by Plaintiffs.

## COUNT I

### CLARE HEALY v. WILLIAMSON

5. Plaintiffs re-allege and incorporate herein by reference all paragraphs previously pleaded as if fully set forth herein.

6. Defendant Williamson owed a duty to Plaintiff Clare Healy to operate his vehicle with reasonable care. Defendant breached his duty by failing to keep a proper lookout, failing to pay full time and attention to the roadway and traffic conditions then and there existing, and was otherwise negligent.

7. As a direct and proximate result of the negligence of Defendant Williamson, Clare Healy was caused severe and permanent injuries to her person, lost wages, pain and suffering, all of which continues and is permanent.

WHEREFORE, Plaintiff Clare Healy, individually, demands judgment against Defendant Williamson in the amount of $1,000,000.00, as well as the costs of bringing this lawsuit.

## COUNT II

### RODNEY HEALY v. WILLIAMSON

8. Plaintiffs reallege and incorporate herein by reference all paragraphs previously pleaded as if fully set forth herein.

9. Defendant Williamson owed a duty to Plaintiff Rodney Healy to operate his vehicle with reasonable care. Defendant breached his duty by failing to

keep a proper lookout, failing to pay full time and attention to the roadway and traffic conditions then and there existing, and was otherwise negligent.

10. As a direct and proximate result of the negligence of Defendant Williamson, Rodney Healy was caused severe and permanent injuries to his person, and pain and suffering, all of which continues and is permanent.

WHEREFORE, Plaintiff Clare Healy, as parent and next friend of Rodney Healy, demands judgment against Defendant Williamson in the amount of $1,000,000.00, as well as the costs of bringing this lawsuit.

Respectfully submitted,

Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
Attorney for Plaintiffs

### DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial as to all issues in this case.

Respectfully submitted,

Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| HUGH STUART WILLIAM, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in Clare v. Hugh Stuart Williamson, No. 05-4602 (Super Ct. DC filed June 16, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the named federal defendant – Hugh Stuart Williamson – was acting within the scope of his employment as an employee of the United States at the time of the alleged incidents.

October 3, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Acting Chief, Civil Division



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

Jay S. Marks
1400 Spring Street, Suite 410
Silver Spring, MD 20910

on this 6th day of October , 2005.

John C. Truong
Assistant U.S. Attorney