UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.:05-CV-1979(RMC) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for an extension of time from October 14, 2005, to December 14, 2005, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), Defendant's counsel left Plaintiff's counsel (Mr. Jay Marks) a voicemail and sent a follow up e-mail seeking consent to this motion. However, as of the time of this filing, the undersigned has not heard back from Plaintiff's counsel.[1] A scheduling order has not been entered in this case. This is Defendant's first request

---

[1] The undersigned counsel initially miscalculated the deadline and thought that the deadline for Defendant to respond to Plaintiff's Complaint was on October 11, 2005. On October 12, 2005, the undersigned counsel contacted Plaintiff's counsel to seek consent to an extension of time but Plaintiff's counsel indicated that he would oppose the request. Shortly after that call, the undersigned realized that the deadline was actually on October 14, 2005, not on October 11th. The undersigned called Plaintiff's counsel back and left him a voicemail and followed up with an e-mail explaining the miscalculation and also sought consent for this motion. As indicated above, at the time of this filing, the undersigned has not heard from Plaintiff's counsel.

for an extension of time.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on October 6, 2005. Fed. R. Civ. P. 81 requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, the deadline for Defendant to respond to Plaintiff's Complaint is on October 14, 2005, five business days from the removal date. See Fed. R. Civ. P. 81; Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.").

Defendant requests that it be granted 60 days to respond to Plaintiff's Complaint.[2] Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). More importantly, Defendant's counsel needs the additional time to become familiar with the issues and evaluate the merit of Plaintiff's claim.

Accordingly, Defendant respectfully requests that the Court grant a 60-day extension of time for Defendant to respond to Plaintiff's Complaint.

Dated: October 13, 2005        Respectfully Submitted,

                               _____/s/_____
                               KENNETH L. WAINSTEIN, D.C. BAR #451058
                               United States Attorney

---

[2] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendant does not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

        /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

        /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and ) <br> as Parent and Next Friend of ) <br> RODNEY HEALY, Her Minor Child, ) <br> 1 Westgate Drive, #2 ) <br> Dover, NH 03820, ) <br> ) <br> ) <br>          Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>          Defendant. ) <br> _____) | Civil Action No.:05-CV-1979(RMC) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including December 14, 2005.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 13th day of October , 2005, service of the foregoing <u>Defendant's Motion for an Extension of Time</u> was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to Plaintiff's Counsel addressed as follows:

> Jay S. Marks, Esq.
> Marks & Katz, LLC
> 1400 Spring Street, Ste. 410
> Silver Spring, MD 20910

              /s/
JOHN C. TRUONG
Assistant United States Attorney