IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARE HEALY, Individually and :
as Parent and Next Friend of :
RODNEY HEALY, Her Minor Child, :
1 Westgate Drive, #2 :
Dover, NH 03820, : Civil Action No.:05-CV-1979 (RMC)
 :
       Plaintiffs, :
 :
       v. :
 :
UNITED STATES OF AMERICA, :
 :
       Defendant. :

DECLARATION OF ROBERT W. CHAMBERLAIN

I, ROBERT W. CHAMBERLAIN, hereby state and declare as follows:

1. I have been employed as a Special Agent by the Federal Bureau of Investigation (FBI) since May 1986. My present assignment is as Chief Division Counsel with the FBI's Baltimore Field Office. I have served as Chief Division Counsel since 1994. The contents of the declaration are based on my own personal knowledge, upon my review and consideration of documents made available to me, and upon information provided to me by Special Agents and other employees of the FBI.

2. On or around August 16, 2002, the Baltimore Division received correspondence addressed to Special Agent Hugh Stuart Williamson from Mr. Jay S. Marks in which Mr. Marks advised his office "represents Ms. Clare Healy for damages and personal injuries sustained in an automobile accident on June 17, 2002 on New York Avenue, N.E., near its intersection with First Street, N.E., in Washington, D.C." See Attachment A (Letter from Jay S. Marks to Hugh



Williamson, dated August 16, 2002). In his correspondence, Mr. Marks requested that Mr. Williamson "give this letter to your automobile insurance company and to you employer." Id. On October 7, 2002, I responded to Mr. Marks' August 16, 2002 correspondence, advising him that "in order to process an administrative claim pursuant to the provisions of the Federal Tort Claims Act (FTCA), we must be in receipt of a properly completed claim." See Attachment B (Letter from Robert W. Chamberlain to Jay S. Marks, dated October 7, 2002). Additionally, my letter enclosed a Standard Form 95 (Claim for Damage, Injury or Death) and requested specific information concerning any claim for personal injury and property damage. Id. A review of our case file concerning this matter reveals that plaintiffs' counsel never submitted the requested Standard Form 95 to the FBI.

On or around December 17, 2002, the Baltimore Division received correspondence addressed to me from Mr. Jay S. Marks in which Mr. Marks advised his office "represents Mr. Rodney Healy, a minor child, for damages and personal injuries sustained in an automobile accident on June 17, 2002 on New York Avenue, N.E., near its intersection with First Street, N.E., in Washington, D.C." See Attachment C (Letter from Jay S. Marks to Robert W. Chamberlain, dated December 17, 2002). On January 24, 2003, I responded to Mr. Marks' December 17, 2002 correspondence, advising him that "in order to process an administrative claim pursuant to the provisions of the Federal Tort Claims Act (FTCA), we must be in receipt of a properly completed claim." See Attachment D (Letter from Robert W. Chamberlain to Jay S. Marks, dated January 24, 2003). As with my October 7, 2002 letter, my letter enclosed a Standard Form 95 (Claim for Damage, Injury or Death) and requested specific information concerning any claim for personal injury and property damage. Id. A review of our case file

concerning this matter reveals that plaintiffs' counsel never submitted the requested Standard Form 95 to the FBI.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on December 13, 2005.

_____
ROBERT W. CHAMBERLAIN
Chief Division Counsel
Federal Bureau of Investigation