ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815
justice@markskatz.com
www.markskatz.com

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

LÍNEA DIRECTA EN ESPAÑOL
(301) 578-4400

August 16, 2002

Mr. Hugh Williamson
11700 Beltsville Drive, Suite 200
Calverton, MD 20705

Re: Automobile accident of June 17, 2002

Dear Mr. Williamson:

*[handwritten: Administrative Claim of   OTA 197A   KAM 10-7-02   kmB 10.9.02]*

This office represents Ms. Clare Healy for damages and personal injuries sustained in an automobile accident on June 17, 2002 on New York Avenue, N.E., near its intersection with First Street, N.E., in Washington, D.C.

Please give this letter to your automobile insurance company and to your employer.

Very truly yours,

*[signature]*

Jay S. Marks

cc: Ms. Clare Healy

JSM/sc

GOVERNMENT
EXHIBIT
A

*[handwritten: 197A-BA-102687-1 kmB]*

*Let justice roll down like water and righteousness like a mighty stream.*

MARKS & KATZ, LLC
ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910



Mr. Hugh Williamson
11700 Beltsville Drive, Suite 200
Calverton, MD 20705

2070343103 12

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 197A-BA-NEW

7142 Ambassador Road
Baltimore, MD 21244

October 7, 2002

Mr. Jay S. Marks, Esquire
1400 Spring Street
Suite 410
Silver Spring, Maryland  20910

RE: ADMINISTRATIVE CLAIM OF CLARE HEALY
ARISING OUT OF AN AUTOMOBILE ACCIDENT
ON JUNE 17, 2002 IN WASHINGTON, D.C.

Dear Mr. Marks:

Reference is made to your August 16, 2002 letter to this office in regard to the above-captioned matter.

Please be advised that in order to process an administrative claim pursuant to the provisions of the Federal Tort Claims Act (FTCA), we must be in receipt of a properly completed claim. Enclosed for your client, Clare Healy's convenience are two blank Standard Form 95's (SF-95's), Claims for Damage, Injury or Death. Please have Ms. Healy complete an SF-95 in its entirety, including stating a sum certain amount under items 12a, 12b and 12d, a signature under item 13a, and a date under item 14.

In order for you to present a claim on behalf of Ms. Healy and to comply with the regulations governing the filing of such claims, Title 28, Code of Federal Regulations (C.F.R.), Sections 14.2(a) and 14.3(b), it is necessary that you submit documentation signed by Ms. Healy which evidences your authority to present a claim on her behalf as her agent or representative.

Furthermore, in order to process a claim for personal injury and to comply with the regulations governing the filing of such claims, Title 28, C.F.R., Section 14.4(b), the claim must be accompanied by the following:

1 - Addressee
1 - 197A-BA-NEW

KAM:kam

GOVERNMENT
EXHIBIT
B

197A-BA-102687-2 LMB

282KAM01.lk

Mr. Jay S. Marks, Esquire

    1. A written report by Ms. Healy's physician stating the nature of her injuries, treatment and prognosis;

    2. An itemized list of medical expenses incurred;

    3. A statement of expected future medical expenses;

    4. If a claim is being made for lost wages, a statement from Ms. Healy's employer stating the amount of wages lost; and

    5. If Ms. Healy is self-employed, a record showing the amount of earnings she actually lost.

In regard to a claim for property damage and pursuant to Title 28, C.F.R. Section 14.4(c), the following should be submitted:

    1. Proof of ownership of the property;

    2. A detailed statement of the amount claimed with respect to each item of property;

    3. An itemized receipt of payment for necessary repairs, or two itemized written estimates of the cost of such repairs;

    4. A statement listing date of purchase, purchase price and salvage value, where repair is not economical;

    5. A paid receipt for the use of a rental vehicle, or an estimate showing the approximate amount of days the rental vehicle will be in use; and

    6. Any other information which might assist this office to determine Ms. Healy's claim.

Please submit the necessary documentation to this office, Attention: Robert W. Chamberlain, Chief Division

2

Mr. Jay S. Marks, Esquire

Counsel. Upon receipt, this office will process Ms. Healy's claim. If you have any questions or need further assistance, you may contact Ms. Kathleen A. Mansour at 410-281-0116. Thank you for your cooperation in this matter.

Sincerely,


Robert W. Chamberlain
Supervisory Special Agent
Chief Division Counsel

Enclosure

3

**ATTORNEYS AT LAW**
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815
justice@markskatz.com
www.markskatz.com

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

LÍNEA DIRECTA EN ESPAÑOL
(301) 578-4400

\*\*\* VIA CERTIFIED MAIL RETURN RECEIPT 7002 2030 0006 8515 1877 \*\*\*

December 17, 2002

Mr. Robert W. Chamberlain
U.S. Department of Justice
Federal Bureau of Investigation
7142 Ambassador Road
Baltimore, MD 21244

Re:   Automobile accident of June 17, 2002
      File No. 197A-BA-NEW
      Our Clients:   HEALY, Clare
                     HEALY, Rodney (a minor child)

Dear Mr. Chamberlain:

This office represents Mr. Rodney Healy, a minor child, for damages and personal injuries sustained as a passenger in an automobile accident on June 17, 2002, on New York Avenue, N.E., near its intersection with First Street, N.E., in Washington, D.C. Mr. Healy is the minor son of Ms. Clare Healy, whose file number is referenced above.

Very truly yours,

Jay S. Marks

JSM/sc

GOVERNMENT
EXHIBIT
C

*Let justice roll down like water and righteousness like a mighty stream.*

**MARKS & KATZ, LLC**
ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910



7002 2030 0006 8515 1877



Mr. Robert W. Chamberlain
U.S. Department of Justice
Federal Bureau of Investigation
7142 Ambassador Road
Baltimore, MD 21244



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 197A-BA-102687 SUB A

7142 Ambassador Road
Baltimore, MD 21244

January 24, 2003

Mr. Jay S. Marks, Esquire
1400 Spring Street
Suite 410
Silver Spring, Maryland  20910

              RE:  ADMINISTRATIVE CLAIM OF RODNEY HEALY,
                   MINOR CHILD, ARISING OUT OF AN
                   AUTOMOBILE ACCIDENT ON JUNE 17, 2002
                   IN WASHINGTON, D.C.

Dear Mr. Marks:

     Reference is made to your December 17, 2002 letter to this office in regard to the above-captioned matter.

     Please be advised that in order to process an administrative claim pursuant to the provisions of the Federal Tort Claims Act (FTCA), we must be in receipt of a properly completed claim. Enclosed for your client, Rodney Healy's convenience are two blank Standard Form 95's (SF-95's), Claims for Damage, Injury or Death. Please have Ms. Clare Healy complete an SF-95 in its entirety on behalf of her minor son Rodney Healy, including stating a sum certain amount under items 12b and 12d, a signature under item 13a, and a date under item 14.

     In order for you to present a claim on behalf of minor child Healy, and to comply with the regulations governing the filing of such claims, Title 28, Code of Federal Regulations (C.F.R.), Sections 14.2(a) and 14.3(b), it is necessary that you submit documentation signed by Ms. Healy, on behalf of her minor son, which evidences your authority to present a claim on her behalf as her agent or representative.

     Furthermore, in order to process a claim for personal injury and to comply with the regulations governing the filing of such claims, Title 28, C.F.R., Section 14.4(b), the claim must be accompanied by the following:

1 - Addressee
1 - 197A-BA-102687 SUB A
KAM:kam

197A-BA-102687 Sub A-3
LmB



GOVERNMENT
EXHIBIT
D

028KAM02.ltr

Mr. Jay S. Marks, Esquire

    1. A written report by minor child Healy's physician stating the nature of his injuries, treatment and prognosis;

    2. An itemized list of medical expenses incurred;

    3. A statement of expected future medical expenses; and

    4. Any other information which might assist this office to determine minor child Healy's claim.

    Please submit the necessary documentation to this office, Attention: Robert W. Chamberlain, Chief Division Counsel. Upon receipt, this office will process minor child Healy's claim. If you have any questions or need further assistance, you may contact Ms. Kathleen A. Mansour at 410-281-0116. Thank you for your cooperation in this matter.

                                           Sincerely,

                                           Robert W. Chamberlain
                                           Supervisory Special Agent
                                           Chief Division Counsel

Enclosure