UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARE HEALY, Individually | * | |
| And as Parent and Next Friend of | * | |
| RODNEY HEALY, Her Minor Child | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Case Number: 1:05CV01979 |
| | * | Judge: Hon. Rosemary M. Collyer |
| v. | * | |
| | * | |
| HUGH STUART WILLIAMSON | * | |
| | * | |
| Defendant. | * | |
| | * | |

## PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COME NOW Plaintiffs, Clare Healy, individually and as parent and next friend of Rodney Healy, her minor child, pursuant to Federal Rule of Civil Procedure 6 (b), and respectfully requests this Honorable Court to enlarge the time by which Plaintiffs must respond to Defendant's Motion to Dismiss, to Friday, December 30, 2005, and for reasons states as follows:

1. Defendant filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction on December 14, 2005. Pursuant to Local Rule 7 of this Court, Plaintiffs have 11 days to respond. Plaintiffs' response is due on December 25, 2005, which is Christmas Day. Pursuant to Federal Rule 6 (a), Plaintiffs' response is due on Monday, December 26, 2005.

2. Due to the Holiday, Plaintiffs' attorney has a previously planned family gathering that would cause great hardship on his family if he were not permitted to attend in light of the need to respond in a timely fashion to Defendant's Motion.

3.  Plaintiffs' attorney seeks an additional four days, until Friday, December 23, 2005 to respond to Defendant's Motion.

4.  Defendant will suffer no prejudice if the Court grants an additional four days to Plaintiffs, while Plaintiffs and their attorney would suffer a great prejudice and hardship if not granted this short extension.

5.  Plaintiffs' attorney called Defendant's attorney twice on the morning of Friday, December 23, 2005 and left two messages on Defendant's attorney's voice mail requesting his consent to this request. As of the time of filing of this motion, Plaintiffs' attorney had not received a reply to the two messages.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enlarge the time to respond to Defendant's Motion to Dismiss by four additional days, to Friday, December 30, 2005.

Respectfully submitted,

_____*signed*_____
Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2005, I served electronically and by first class mail, postage prepaid the attached Motion to Enlarge Time on:

Mr. John Truong
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

Attorney for Defendant


_____*signed*_____
Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
301-495-4300