UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARE HEALY, Individually | * | |
| And as Parent and Next Friend of | * | |
| RODNEY HEALY, Her Minor Child | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Case Number: 1:05CV01979 |
| | * | Judge: Hon. Rosemary M. Collyer |
| v. | * | |
| | * | |
| HUGH STUART WILLIAMSON | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFFS' CONSENT SUPPLEMENTAL MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

COME NOW Plaintiffs, Clare Healy, individually and as parent and next friend of Rodney Healy, her minor child, pursuant to Federal Rule of Civil Procedure 6 (b), and with the consent of the Defendant respectfully requests this Honorable Court to enlarge the time by which Plaintiffs must respond to Defendant's Motion to Dismiss, to Friday, December 30, 2005, and for reasons states as follows:

1. On Friday, December 23, 2005, Plaintiffs filed a Motion to Enlarge Time to Respond to Defendant's Motion to Dismiss. Plaintiffs' Response is due today, Tuesday, December 27, 2005.[1] Plaintiffs' attorney called Defendant's attorney twice on December 23, 2005, but Defendant's attorney was not available because he was out of the country.

2. Today, Tuesday, December 27, 2005, Plaintiffs' attorney spoke with Defendant's attorney who graciously consented to an enlargement of time

---

[1] In Plaintiffs' Motion of December 23, 2005, Plaintiffs' attorney mistakenly believed that Plaintiffs' response was due by Monday, December 26, 2005. In light of the Federal

until Friday, December 30, 2005 to allow Plaintiffs' to file their Response to Defendant's Motion to Dismiss.

3. Plaintiffs' attorney seeks an additional three days, until Friday, December 30, 2005 to respond to Defendant's Motion.

4. Defendant consents to the enlargement, and will suffer no prejudice if the Court grants an additional three days to Plaintiffs, while Plaintiffs and their attorney would suffer a great prejudice and hardship if not granted this short extension.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enlarge the time to respond to Defendant's Motion to Dismiss by four additional days, to Friday, December 30, 2005.

                                    Respectfully submitted,

                                    _____*signed*_____
                                    Jay S. Marks, Bar No. 486005
                                    Marks & Katz, LLC
                                    1400 Spring Street, Suite 410
                                    Silver Spring, Maryland 20910
                                    (301) 495-4300
                                    Attorney for Plaintiffs

---

holiday on December 26, 2005, Fed. R. Civ. Proc. 6 (a) allows Plaintiffs until today to respond.

CERTIFICATE OF SERVICE

I hereby certify that on this 27rd day of December, 2005, I served electronically and by first class mail, postage prepaid the attached Motion to Enlarge Time on:

Mr. John Truong
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

Attorney for Defendant


_____*signed*_____
Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
301-495-4300