**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CLARE HEALY, Individually | * | |
| And as Parent and Next Friend of | * | |
| RODNEY HEALY, Her Minor Child | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Case Number: 1:05CV01979 |
| | * | Judge: Hon. Rosemary M. Collyer |
| v. | * | |
| | * | |
| HUGH STUART WILLIAMSON | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFFS' AFFIDAVIT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

I, CLARE HEALY, individually and as parent and next friend of Rodney Healy, my minor child, hereby make the following Affidavit:

1.      My name is Clare Healy. I am over the age eighteen and am competent to make this Affidavit.

2.      On June 17, 2002, at approximately 8:15 a.m. at the intersection of New York Avenue and First Street, NE, I was operating a vehicle that was involved in a collision with Hugh Stuart Williamson. Mr. Williamson was driving a vehicle that struck the rear of my car when I was stopped at an intersection. My minor child, Rodney Sean Healy, was also in my vehicle.

3.      Through the rear-view mirror, I saw Mr. Williamson's vehicle approaching ours. I also saw Mr. Williamson reaching into the passenger area of his vehicle and taking his eyes off the road. Seconds later, he struck our car.

4.      After the accident, we pulled into the parking lot of a nearby McDonalds restaurant. During the exchange of information, Mr. Williamson never stated that he was

working at the time of the accident. He was dressed and appeared as though he was on his way to his office to start his work day. In addition, the time of the accident, approximately 8:15 a.m., led me to believe that he was on his way to work. At no time did he say he was on duty or that he was doing any work-related activities of any kind.

I SOLEMNLY AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____    _____
CLARE HEALY individually          DATE
And as parent and next friend
Of Rodney Sean Healy, her
Minor child.