UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARE HEALY, Individually | * | |
| And as Parent and Next Friend of | * | |
| RODNEY HEALY, Her Minor Child | * | |
| | * | |
| | * | |
| Plaintiffs, | * | Case Number: 1:05CV01979 |
| | * | Judge: Hon. Rosemary M. Collyer |
| v. | * | |
| | * | |
| HUGH STUART WILLIAMSON | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COME NOW Plaintiffs, CLARE HEALY, individually and as parent and next friend of Rodney Healy, her minor child, and oppose Defendant's Motion to Dismiss, and hereby incorporate herein by reference the attached Memorandum of Law and Authorities, with all exhibits and affidavits.

Respectfully submitted,

_____*signed*_____
Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
(301) 495-4300
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2005, I served electronically on the following the attached Plaintiffs' Response to Defendant's Motion to Dismiss:

Mr. John Truong
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530

Attorney for Defendant


_____*signed*_____
Jay S. Marks, Bar No. 486005
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, Maryland 20910
301-495-4300