UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Civil Action No.:05-CV-1979(RMC) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for a two-week extension of time from January 9, 2006, to January 23, 2006, to file Defendant's Reply Brief in this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this motion. Defendant filed a motion to dismiss for lack of subject matter jurisdiction on December 14, 2005. In response, Plaintiff filed her Opposition on December 27, 2005. By operation of Local Rule 7(d) and Fed. R. Civ. P. 6(d), the deadline for Defendant to file a Reply Brief falls on January 9, 2006. The undersigned counsel is scheduled to travel to the National Advocacy Center, in South Carolina, for Appellate Advocacy training on January 8, 2006, and will not return to the office until January 17, 2006. Upon returning to the office the week of January 16, 2006, the undersigned is scheduled to take a

deposition and file a summary judgment motion. Given the undersigned's training schedule and other work commitment, the undersigned is seeking a two week extension to prepare the Reply Brief, and to circulate it for client and supervisory review prior to filing it with the Court.

Accordingly, Defendant respectfully requests that the Court grant a two-week extension of time for Defendant to file its Reply Brief.

Dated: December 30, 2005              Respectfully Submitted,

                                      _____/s/_____
                                      KENNETH L. WAINSTEIN, D.C. BAR #451058
                                      United States Attorney


                                      _____/s/_____
                                      R. CRAIG LAWRENCE, D.C. BAR #171538
                                      Assistant United States Attorney

                                      _____/s/_____
                                      JOHN C. TRUONG, D.C. BAR #465901
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Washington, D.C.  20530
                                      (202) 307-0406

                                      Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLARE HEALY, Individually and )<br>as Parent and Next Friend of )<br>RODNEY HEALY, Her Minor Child, )<br>1 Westgate Drive, #2 )<br>Dover, NH 03820, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.:05-CV-1979(RMC) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's CONSENT Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 200_,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 23, 2006, to file its Reply Brief.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, December 30, 2005, service of the foregoing <u>Defendant's Motion for an Extension of Time</u> was made via the Court's Electronic Case Filing System to Plaintiff's Counsel:

>Jay S. Marks, Esq.
>Marks & Katz, LLC
>1400 Spring Street, Ste. 410
>Silver Spring, MD 20910

_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney