UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and )<br>as Parent and Next Friend of )<br>RODNEY HEALY, Her Minor Child, )<br>1 Westgate Drive, #2 )<br>Dover, NH 03820, )<br> )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>Defendant. )<br>_____) | Civil Action No.:05-CV-1979(RMC) |

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, December 30, 2005, service of the foregoing <u>Defendant's Motion for an Extension of Time</u> was made via the Court's Electronic Case Filing System and via First Class mail, with postage prepaid, to Plaintiff's Counsel:

Jay S. Marks, Esq.
Marks & Katz, LLC
1400 Spring Street, Ste. 410
Silver Spring, MD 20910

_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney