UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Civil Action No.:05-CV-1979(RMC) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for a three-day extension of time from January 23, 2006, to January 26, 2006, for Defendant to file its Reply Brief in this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this motion. The undersigned experienced computer-related problems with the Civil Division offices beginning last Friday that prevented the undersigned from completing the Reply Brief. The computer difficulties were not repaired until this morning. Furthermore, Defendant needs the three-day extension to submit the brief for client and supervisory approval before filing it with the Court.

Accordingly, Defendant respectfully requests that the Court grant a three-day extension of time for Defendant to file its Reply Brief.

Dated: January 23, 2006.                    Respectfully Submitted,

                                                            /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

                                                            /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

                                                            /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.:05-CV-1979(RMC) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's CONSENT Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 2, 2006, to file its Reply Brief.

SO ORDERED.

_____
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No.:05-CV-1979(RMC) |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 23, 2006, service of the foregoing <u>Defendant's Motion for an Extension of Time</u> was made via the Court's Electronic Case Filing System and via First Class mail, with postage prepaid, to Plaintiff's Counsel:

Jay S. Marks, Esq.
Marks & Katz, LLC
1400 Spring Street, Ste. 410
Silver Spring, MD 20910

      /s/
JOHN C. TRUONG
Assistant United States Attorney