UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and ) <br> as Parent and Next Friend of ) <br> RODNEY HEALY, Her Minor Child, ) <br> 1 Westgate Drive, #2 ) <br> Dover, NH 03820, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.:05-CV-1979(RMC) |

**DEFENDANT'S CONSENT MOTION FOR TWO-BUSINESS DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant respectfully moves the Court for a two-business day extension of time from January 26, 2006, to January 30, 2006, for Defendant to file its Reply Brief in this case. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel (Jon Katz) consented to this Motion.

There is good cause for the Court to grant this motion. The undersigned recently received a signed declaration from Special Agent Williamson, who is currently in Germany for training. As such, Defendant needs a two-business day extension to finalize the Reply Brief and obtain the appropriate client and supervisory approval prior to filing it with the Court. Accordingly, Defendant respectfully requests that the Court grant a two-business day extension of time for Defendant to file its Reply Brief.

Dated: January 26, 2006.　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　R. CRAIG LAWRENCE, D.C. BAR #171538
　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.:05-CV-1979(RMC) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's CONSENT Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 30, 2006, to file its Reply Brief.

SO ORDERED.

_____
U.S. District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.:05-CV-1979(RMC) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 27, 2006, service of the foregoing <u>Defendant's Motion for a Two-Business Day Extension of Time</u> was made via the Court's Electronic Case Filing System and via First Class mail, with postage prepaid, to Plaintiff's Counsel:

Jay S. Marks, Esq.
Marks & Katz, LLC
1400 Spring Street, Ste. 410
Silver Spring, MD 20910


                    /s/
JOHN C. TRUONG
Assistant United States Attorney