IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLARE HEALY, Individually and<br>as Parent and Next Friend of<br>RODNEY HEALY, Her Minor Child,<br>1 Westgate Drive, #2<br>Dover, NH 03820, | :<br>:<br>:<br>:<br>: | Civil Action No.:05-CV-1979 (RMC) |
| Plaintiffs, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

DECLARATION OF HUGH STUART WILLIAMSON

I, Hugh Stuart Williamson, pursuant to the provisions of 28 U.S.C. § 1746, hereby state and declare as follows:

1. I have been employed as a Special Agent by the Federal Bureau of Investigation (FBI or Bureau) since August 1999. My present assignment is as Supervisory Special Agent with the FBI's Counterterrorism Division. I have served in that position since January 2004. Prior to that assignment, I served in the FBI Baltimore Division from December 1999 to January 2004, primarily in the Calverton Resident Agency in Calverton, Maryland. The contents of this declaration are based on my own personal knowledge, upon my review and consideration of documents made available to me, and upon information provided to me by Special Agents and other employees of the FBI.

2. I reside near Quantico, Virginia. Because of the emergency and investigative demands of my position with the FBI, Bureau policy expressly authorizes me to utilize a government vehicle on a routine basis for home-to-work transportation. See Attachment A

(Home-to-Work Use of Bureau Automobiles). I had this express authorization to use a Bureau vehicle for home-to-work transportation during the relevant time period of this civil action. See Attachment B (Electronic Communication dated March 25, 2002). Specifically, during my tenure with the Baltimore Division, I was a member of the Counterintelligence squad and the Hazardous Materials Response Team and frequently had to support other squads in response to terrorism or criminal investigations or to respond to weapons of mass destruction (WMD) threats in the Baltimore Division. Some examples of instances where I had to respond immediately was on September 11, 2001; a WMD incident at the Southern Avenue Metro in Temple Hills, Maryland; and an anthrax incident at a Department of Justice mail facility.

3.  I know several Special Agents who live near my residence near Quantico, Virginia. At various times, I have driven other Special Agents to work and vice versa when our Bureau vehicles are under maintenance or repair. Bureau policy authorizes FBI employees to accompany the driver of a Bureau vehicle to and from the driver's residence and the place of work provided that the trip is justifiable as necessary for the Bureau to retain its emergency response capabilities and no significant deviation from the most direct route occurs. See Attachment C (Manual of Administrative Operations and Procedures 1-3.1). Additionally, Bureau policy authorizes the driver of a Bureau vehicle, when circumstances warrant such action, to interrupt his/her travel as long as he/she does not deviate from an expeditions route to his/her residence or work nor impair his/her ability to retain emergency response capability. See id.

4.  On the morning of June 17, 2002, Special Agent Tim Clemente, who lives near me, arrived at my residence and we drove to his office at the Washington Field Office located at

601 Fourth Street, N.W., before I proceeded en route to my office at the Calverton Resident Agency in Calverton, Maryland. Special Agent Clemente's Bureau vehicle was in the garage undergoing maintenance at the time. My typical route to the Calverton office from my residence takes me into the District of Columbia by way of 395 North, from which I take 295 South, taking the Southeast Freeway to Pennsylvania Avenue, S.E., and merging onto the Baltimore-Washington Parkway (295 North). Thus, the route to the Washington Field Office was not a significant deviation from an expeditious route to my office in Calverton, Maryland, nor did it impair my ability to retain emergency response capability.

5. From the Washington Field Office, I took the most normal, direct and expeditious route to the Calverton office. This route took me east on New York Avenue, N.E., from which I normally take U.S. Route 50 East to the Baltimore-Washington Parkway North to Calverton. I did not deviate from my route or make any unscheduled stops prior to my automobile accident with the vehicle operated by Ms. Clare Healy near the intersection of New York Avenue and 1st Street.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 26th day of January, 2006.

HUGH STUART WILLIAMSON
Supervisory Special Agent
Federal Bureau of Investigation