# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of RODNEY HEALY, Her Minor Child, 1 Westgate Drive, #2 Dover, NH 03820, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　　　Defendant. | Civil Action No.: 05-CV-1979(RMC) <br><br>ECF |

## NOTICE OF FILING

Defendant filed its Reply in Support of Defendant's of Motion to Dismiss for Lack of Subject Matter Jurisdiction on January 30, 2006, but inadvertently neglected to attach a Certificate of Service to the Reply brief. Accordingly, Defendant is filing the Certificate of Service herein.

Dated: January 30, 2006.　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. BAR #451058
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　R. CRAIG LAWRENCE, D.C. BAR #171538
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

          /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLARE HEALY, Individually and )<br>as Parent and Next Friend of )<br>RODNEY HEALY, Her Minor Child, )<br>1 Westgate Drive, #2 )<br>Dover, NH 03820, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA,　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant.　　　　　　　)<br>_____) | Civil Action No.: 05-CV-1979(RMC)<br><br>ECF |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 30, 2006, service of the foregoing

<u>Defendant's Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction</u> was

made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to

Ms. Clare Healy and her counsel addressed as follows:

Ms. Clare Healy
1 Westgate Drive, # 2
Dover, NH 03820

Jay S. Marks, Esq.
Marks & Katz, LLC
1400 Spring Street, Ste. 410
Silver Spring, MD 20910


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JOHN C. TRUONG
　　　　　　　　　　　　　　　　　　Assistant United States Attorney