## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLARE HEALY, Individually and as Parent and Next Friend of Her Minor Child, RODNEY HEALY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1979 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #4] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** and shall be removed from the docket of this Court. This is a final, appealable Order. See Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: June 14, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge